IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

ALLISON M. OGBURN and
WILLIAM L. OGBURN,

   Plaintiffs,

  v.

BRANCH BANKING & TRUST
COMPANY,

   Defendant.

CIVIL ACTION FILE
NO. 1:11-CV-3460-TWT

ORDER

This is an action for wrongful foreclosure. It is before the Court on the Report and Recommendation [Doc. 10] of the Magistrate Judge that the Plaintiffs' Motion for Default Judgment [Doc. 7] be denied and that the Defendant's Motion to Dismiss [Doc. 5] be granted in part and denied in part. The Court approves and adopts the Report and Recommendation as the judgment of the Court. The Plaintiffs' Motion for Default Judgment [Doc. 7] is DENIED. The Defendant's Motion to Dismiss [Doc. 5] is GRANTED in part and DENIED in part. It is DENIED as to Plaintiffs' claims for wrongful foreclosure and fraud. It is GRANTED as to Plaintiffs' claims for wrongful attempted foreclosure and negligent or intentional infliction of emotional distress and as to Plaintiffs' claims under the FDCPA. The Plaintiffs' claims for

wrongful attempted foreclosure and negligent or intentional infliction of emotional distress are DISMISSED WITHOUT PREJUDICE. The Plaintiffs' claim under the FDCPA is DISMISSED WITH PREJUDICE.

SO ORDERED, this 15 day of June, 2012.


/s/Thomas W. Thrash
THOMAS W. THRASH, JR.
United States District Judge