IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

ALLISON M. OGBURN and
WILLIAM L. OGBURN,

    Plaintiffs,

    v.

BRANCH BANKING & TRUST
COMPANY,

    Defendant.

CIVIL ACTION FILE
NO. 1:11-CV-3460-TWT

## ORDER

This is an action for wrongful foreclosure. It is before the Court on the Report and Recommendation [Doc. 16] of the Magistrate Judge recommending dismissing this action for want of prosecution. The Court approves and adopts the Report and Recommendation as the judgment of the Court. This action is DISMISSED without prejudice.

SO ORDERED, this 12 day of October, 2012.

/s/Thomas W. Thrash
THOMAS W. THRASH, JR.
United States District Judge